

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:  01-12-01148-CR

Style:  Rodolfo Dominguez

**v** The State of Texas

Date motion filed[*]:  August 19, 2013

Type of motion:  Agreed motion to substitute counsel

Party filing motion:  Appellant

Document to be filed:  N/A

Is appeal accelerated? No

Ordered that motion is:

☑  Granted

   If document is to be filed, document due:

   ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

   **The Clerk of this Court is ordered to substitute Colin B. Amann for J. Sidney Crowley as appellant's counsel of record.  We further notify counsel Amann that this substitution will not provide a basis for any further extensions of time, nor will it affect any pending deadlines in this appeal.**

Judge's signature:/s/ Harvey Brown
☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  September 11, 2013

November 7, 2008 Revision